IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Reginald Evans, ) | C/A No.: 0:15-3521-JFA-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Land Star Transportation Logistic, Inc., ) | |
| ) | |
| Defendant. ) | |

Reginald Evans ("Plaintiff"), proceeding pro se and in forma pauperis, brought this civil rights action alleging discrimination. Before the court is Plaintiff's Motion to Compel [ECF No. 24]. All pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civ. Rule 73.02(B)(2)(e), (g) (D.S.C.).

Plaintiff's motion to compel filed December 15, 2015, seeks responses to requests for production issued on or about November 3, 2015. In its response to the motion, Defendant indicates counsel served discovery responses on Plaintiff on December 11, 2015. [ECF No. 25], Plaintiff's motion to compel [ECF No. 24] is denied as moot.

IT IS SO ORDERED.

*Shiva V. Hodges*

January 11, 2016                                    Shiva V. Hodges
Columbia, South Carolina                    United States Magistrate Judge