IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Reginald Evans, | ) | C/A No.: 0:15-3521-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Land Star Transportation Logistic, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court on the motion of Land Star Transportation Logistic, Inc. ("Defendant") to compel Reginald Evans ("Plaintiff") to produce responses to Defendant's First Set of Interrogatories and First Set of Requests for Production served on November 30, 2015. [ECF No. 28]. The motion indicates that the discovery requests were duly served and that full and complete responses have not been made within the time prescribed by Fed. R. Civ. P. 26. Plaintiff's deadline to respond to the discovery requests, after several extensions, was February 5, 2016. *Id*. Defense counsel represents that Plaintiff has not answered or responded to the discovery requests. *Id*.

In light of the foregoing, the court grants Defendant's motion to compel. Plaintiff is directed to provide responses to the discovery requests by February 18, 2016. Because Plaintiff failed to timely respond to the discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4).

IT IS SO ORDERED.

February 8, 2016  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge